

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 17, 2020

**By Email**
Hon. James L. Cott
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Inigo Philbrick*, 20 Mag. 4507

Dear Magistrate Judge Cott:

    Inigo Philbrick, the defendant, charged by Complaint in 20 Mag. 4507 with wire fraud in violation of Title 18, United States Code, Section 1343, and aggravated identity theft, in violation of Title 18, United States Code, Section 1028A, was taken into custody by federal law enforcemet on June 12, 2020, in Vanuatu and transported that same day to Guam. On June 15, 2020, the defendant was presented in the U.S. District Court for the District of Guam. The defendant waived his right to an identity hearing, consented to detention without prejudice to a future bail application, and consented to transfer to the Southern District of New York. The U.S. Marshals will transport the defendant from Guam to the Southern District of New York. The defendant has since retained counsel in New York, who has informed the Government that the defendant waives his right to a preliminary hearing in the Southern District of New York until the 30th day. Accordingly, the Government requests that the Court set July 15, 2020, as the preliminary hearing date in this matter.

The request is granted. SO ORDERED.

Date: June 18, 2020

_____
JAMES L. COTT
United States Magistrate Judge

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Cecilia E. Vogel
Assistant United States Attorney
(212) 637-1084

cc: Peter E. Brill, Esq. (counsel for Inigo Philbrick), via email