```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,          :     20-Cr-351 (SHS)

       -v-                               :     <u>ORDER</u>

INIGO PHILBRICK,                         :

       Defendants.                        :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be an initial pretrial conference in this matter by telephone on July 29, 2020, at 10:30 a.m. The parties shall dial 888-273-3658, and enter access code 7004275, to join the teleconference.

Dated: New York, New York
      July 15, 2020

                                                SO ORDERED:

                                                Sidney H. Stein, U.S.D.J.