UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-351 (SHS) |
| -v- | : | <u>ORDER</u> |
| INIGO PHILBRICK, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The teleconference scheduled for **July 29, 2020**, at **10:30 a.m.** is moved up to **10:00 a.m.** The parties shall call 888-273-3658 and use access code 7004275 to access the teleconference.

Dated: New York, New York
       July 28, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.