

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 3, 2020

**By ECF**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:    *United States v. Inigo August Philbrick*, 20 Cr. 351

Dear Judge Stein:

     Please find attached a proposed protective order signed by the parties for the Court's consideration.

                         Very truly yours,

                         AUDREY STRAUSS
                         Acting United States Attorney

     By:   _____

                         Cecilia E. Vogel
                         Assistant United States Attorney
                         (212) 637-1084

cc: Peter E. Brill, Esq., via ECF