LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

August 31, 2021

**BY ECF**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>United States v. Philbrick</u>, 20 CR 351 (SHS)

Dear Judge Stein:

     I am writing on behalf of defendant Inigo Philbrick and with the consent of the government to respectfully request that the September 14, 2021 status conference in this matter be adjourned for 60 days. To briefly explain, we recently received extraordinarily voluminous discovery and are in the process of reviewing it with the defendant. The time that we seek will permit the defendant and counsel an opportunity to digest the material and consider any pretrial motions. Finally, the defendant consents to the exclusion of speedy trial time until the next scheduled conference.

     Thank you for the Court's consideration on this application; I remain available for a teleconference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc: All counsel (by ECF)

The conference is adjourned to November 18, 2021, at 4:00 p.m. and will take place in Courtroom 23A. The time is excluded from calculation under the Speedy Trial Act from today until November 18, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. Sec. 3161(h)(7)(A). *No further adjournments.*

Dated: New York, New York
August 31, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.