UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-351 (SHS) |
| -v- | : | ORDER |
| INIGO PHILBRICK, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the proceeding on November 3, 2021, at 11:00 a.m. will take place in Courtroom 23A at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       October 26, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.