UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-351 (SHS) |
| -v- | : | <u>ORDER</u> |
| INIGO PHILBRICK, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the proceeding scheduled for today, November 3, 2021, is adjourned to November 18, 2021, at 4:00 p.m. and will take place at the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23A. Members of the press and the public may access the audio feed of the conference by dialing 888-273-3658 and using access code 7004275 to join the conference in listen-only mode.

Dated: New York, New York
       November 3, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.