**LAW OFFICES OF**
**JEFFREY LICHTMAN**
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

February 28, 2022

**BY ECF**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Philbrick**, 20 CR 351 (SHS)

Dear Judge Stein:

    I am writing on behalf of defendant Inigo Philbrick and without objection from the government to respectfully request an adjournment of Mr. Philbrick's sentencing from March 18, 2022 to April 8, 2022, which I am informed by Your Honor's courtroom deputy is a date that is convenient for the Court. The reason for this request is that recent lockdowns at the Metropolitan Detention Center have rendered communication with the defendant extraordinary difficult and hampered my ability to prepare Mr. Philbrick's sentencing submission on a timely basis. With restrictions at the facility now easing, I am hopeful that the requested adjournment will provide a sufficient opportunity to prepare this case for sentencing.

    Thank you for the Court's consideration on this application; I remain available for a teleconference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

Enc.

cc:    All counsel (by ECF)