

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 16, 2022

**BY ECF**

**MEMO ENDORSED**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Inigo August Philbrick*, 20 Cr. 351

Dear Judge Stein:

The parties respectfully request a brief adjournment of their respective deadlines to submit sentencing submissions. The defense requests to adjourn their sentencing submission deadline from March 24, 2022, to March 28, 2022, and the Government requests to adjourn its sentencing submission deadline from March 31, 2022, to April 4, 2022. The parties request the brief adjournment in order to have additional time to prepare their sentencing submissions. The parties do not seek to adjourn the sentencing scheduled for April 8, 2022, at 11:30 a.m.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  _____
Cecilia E. Vogel
Jessica Feinstein
Assistant United States Attorneys
(212) 637-1084/1946

cc: Jeffrey Lichtman, Esq., and Jeffrey Einhorn, Esq., via ECF

The parties' request for an adjournment of their sentencing submissions as set forth above is granted.

Dated: New York, New York
       March 16, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.