# EXHIBIT A

Hon. Sidney H. Stein

United States District Judge

Southern District Court of New York

500 Pearl Street

New York, New York 10007

Mrs Karen Adams

Bellevue 2, Port Vila

Efate, Vanuatu

Tel: +678 7364001

Kadamspv@outlook.com

Character Letter Regarding Inigo Philbrick

26th January 2022

Your Honour,

My name is Mrs Karen Marie Adams, I am a 49-year-old retired executive formerly employed by GE Oil & Gas in Stavanger Norway. I moved to Vanuatu in 2018 and it is now my permanent abode.

I first met Inigo in January of 2020, he and his Fiancée rented a small house across the road and my husband and I would see them twice daily as they fed and interacted with the many stray dogs in our area. One female dog had recently had puppies and they always ensured she had fresh water and food. They even took a dog in poor health to the vet and paid for its treatment. We would talk with them often and quickly became friends.

Inigo used his real name and identity and was an engaging, considerate, kind and fun person to be with. We shared many lunches and dinners throughout the time he was here. In the first weeks of meeting Inigo my curiosity got the better of me and I discovered through an internet search that he was facing some civil charges in the USA regarding some Art deals, however by this time we had become very good friends and he had been such a positive influence on our family and community that we chose to not judge him or divulge to him or others that we knew of his troubles.

We were very glad we kept our friendship as what happened in the weeks after showed us both the true character of Inigo. Our beloved friend and employee Michael Taripakoa's wife committed suicide on 31st May 2020, she was 25 and left 2 daughters aged 4 and 6. I was absolutely heart broken and hysterical, I was unable to function normally for quite a few weeks, Inigo came to visit me regularly bringing us food and small gifts along with words of comfort. Vanuatu custom dictates the funeral is held over 2 days and involves many rituals, it is usual for men and women to grieve separately so my husband had to attend alone which he found quite daunting, without hesitation Inigo insisted he accompany and support my husband throughout these tragic few days, he also assembled 2 huge baskets of food and toys and teddy bears that he and Victoria took to Michael's daughters, S███ and A███. We can never repay Inigo for the compassion and kindness he showed us during this awful time and I am hoping this letter to you can be some small compensation.

In April of 2020 Inigo and Victoria moved to mele village, an expat friend of ours had tragically passed away and his wife and 4 young children were forced to leave Vanuatu and return to the UK leaving their small boat house vacant. Jude Leske, a friend and Real Estate agent was desperately looking for someone to house sit and on hearing this Inigo immediately offered to help, despite the house being in a poor state of repair, he and Victoria moved in and spent time and expense ensuring the property was well cleaned and well cared for. During their time in Mele village Inigo became very good friends

with the native villagers (Ni-Vanuatu People) He would give them gifts of food and clothes and offer them money in return for small jobs as the area has a very low employment rate, Inigo soon became ingratiated into mele village and was well loved and respected, he was honoured enough to be given the nickname man mele. It may be hard to understand but the local population are very mistrusting of visitors and rarely allow us into their customs and village, so Inigo was extremely touched at their kindness and acceptance.

Inigo is a kind and extremely generous person, he wants everyone around him to be happy and content, he finds joy in the simplest of things, a beautiful tree, a kaleidoscopic sunset, a cheap but exquisite bottle of Sancerre picked out at our local Chinese takeaway. We miss him, Vanuatu misses him. I truly believe that Vanuatu had the real Inigo Philbrick.

Since Inigo's arrest I have delved further into his past, it seems very clear that he was a keen and talented young man with big dreams, manipulated by unscrupulous people in the already corrupt world of Art Dealing. I implore your honour to please take this into account at sentencing, along with the manner of his arrest in Vanuatu, forcibly abandoning his heavily pregnant fiancé in a third world country, miles from her home and family. Vanuatu was under lockdown at this time due to Covid and it took an agonising and fraught 2 weeks to get her safely back to her family in the UK. Victoria stayed with me during this time and was extremely distraught, unable to eat or sleep.

Inigo has a beautiful daughter he has never met and Victoria is raising her without a father, these two people are also the beneficiaries of your sentence, despite being completely innocent. Inigo is no threat to society; he will not be a recidivist offender. He has spent 2 years incarcerated already, these are the most precious years of a child's life. I Implore your honour to please consider leniency for Inigo and his family.

Kind Regards,

Karen Adams.

# EXHIBIT B

To The Honourable Judge Sydney Stein,

My name is Andrea Previ, born 20th June, 1975 from Lausanne, Switzerland and I reside between Zurich and London. I have known the Baker-Harber family for 15 years. We began as neighbours and our friendship has evolved into family. Over the years I subsequently met Inigo through Victoria. I am also the godfather to their beautiful daughter G█.

I first met Inigo in 2018 at Freize Art Fair. We had a lot of mutual friends but it was through Victoria that I got to know the real Inigo. A very kind, generous, caring individual. I felt an immediate respect for his  knowledge and appreciation for design and aesthetics. It was through a new hotel project that my husband and I embarked on that we grew closer- his advise and help was always insightful and constructive. It turned out to be an extremely successful project, I credit a lot to him. The depth of his understanding of art was remarkably mature and thorough.

On a personal note, I observed him to be an extremely generous, kind, and wise person. I felt his personal approach was one of someone who avoided confrontation at all costs and underneath the facade, was quite insecure. Despite this, he was always available to support and help anyone in need, and came from the heart. As a very close family friend, from both Victoria's parents, they loved that he brought out the best in their daughter. They were very beautiful together. It's been torturous to watch her journey alone since his absence. Her strength has been outstanding since G█ was born but I've witnessed some very tragic moments of loss and despair. I can only salute Inigo's attempts to be as present as possible as both a father and a partner. I can't imagine what he has had to endure with covid limitations and a family on the other side of the Atlantic. The pain to have not been able to meet his daughter is heartbreaking.

During Inigo's mother Jane's visit to London for G█'s Christening, I was fully able to comprehend the void he has left on his family, both new and old. She is a wonderful and courageous grandmother and a devoted mother to her boy. My dear friends, Michael and Diana Baker-Harber's dedication and support of Inigo is a true testament of this young man's ability and character. They know and believe he will grow and rebuild following this harrowing journey. I admire and respect their dedication to the father of their grandchild.

I'm aware of the charges Inigo is facing. I believe that his bad choices and the punishment he has faced to date will have built him to be a more grounded and understanding individual. Having spoken to him on multiple occasions since his arrest whilst he has been in prison, I can vouch for his remorse and acceptance of the consequences from his actions. I can't wait for him to be part of our lives under normal circumstances again.

Faithfully,

Andrea Previ

# EXHIBIT C

Hon. Sidney H. Stein , United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

January 27, 2022

To The Presiding Judge,

I am writing to testify to the good character of Inigo Philbrick. I knew him as a camper for five
summers at Camp Pasquaney, Hebron, New Hampshire from 1999 to 2003 and as a fellow
counsellor in 2005 and 2006.

High-spirited, good-willed and energetic, Inigo engaged positively with the camp community
and developed several close friendships that continued to his summers on the Pasquaney
council. As a young adult, he was an excellent counsellor taking on responsibilities where we
needed him, including filling in as the head tennis counsellor in 2006. As a camper he acted in
our plays, and in 2006 directed Tom Stoppard's *The Real Inspector Hound* as our main
production at the end of the summer. His intelligence and creativity brought out the best in the
actors.

As one of the select group of counsellors, Inigo gave a talk to the camp community entitled
"Rationalizations". It was spoken from the heart.  Among his remarks were these:

" Those assembled here have been blessed with a particular Pasquaney education. This learning
affords a hypersensitive  moral compass, an understanding of relationships, and of
consequences. I have relied hugely on these advantages in every professional and personal
experiences of my life. .. A single rationalization opens the moral floodgates and almost
requires further rationalizations to support the original faux pas. These defenses magnify
exponentially, and before you know it, moral control is a thing of the past. It is hard to maintain
what we know from camp when it is directly challenged by others' actions...We all slip up and
mistakes must be made. But they must be treated honestly and as such. When we don't admit
our own failings, but push them off and defend them to our last moment, we damage not only
ourselves, but most everything we hold dear...Live with honor even in your least honorable
actions."

He spoke these ironic and prescient  words as he ventured for his education at Goldsmith's in
London. I am sure these echo in his mind even in the most difficult present times.

When I read the NYT article about Inigo, a number of things just did not ring true. The  tale of
deceit and sense of grandeur and fame and extravagant spending did not mesh with the
essential person I knew when he was growing up. It did not speak to his values. After he price

he pays for his misdeeds, I would fully expect Inigo to return to following his essential values I saw guiding him in young adulthood.

I write this as a life-long educator; I was a secondary school teacher of 34 years and a camp counsellor for 61 consecutive summers.

Robert D. Bulkeley
142 Lower Beech Hill Road
Campton, NH 03223

# EXHIBIT D

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

To The Presiding Judge,

My name is Eleanor Baker-Harber.

I am the younger sister of Inigo Philbrick's fiancé, Victoria. I also recently became an aunt for the first time to my beautiful niece - their daughter, G███. I live and grew up in London and I have been actively working in the music industry for just over 6 years.

I first met Inigo in June of 2016 through my sister, Victoria, and our shared mutual friends. Inigo first stood out to me for his unassuming, polite manner and his kind, reserved nature. He was genuinely attentive, thoughtful and respectful to everyone and was neither pretentious or flashy. More often than not, I would find him somewhere quiet, engrossed in a book or absorbed in a heavy biography.

My first impression has never changed. I always felt at ease in his company. Having suffered from (at times debilitating) social / situational anxiety since I was a teenager, Inigo was always the one to spot me on the sidelines looking awkward or uncomfortable, never hesitating to (discreetly) come to my rescue and always happy to include the underdog.
At the time, I was only just beginning to find my feet in the music industry and often lacked confidence and belief in myself. From day one, Inigo often went out of his way to encourage me and advance my music career; introducing me or putting me in touch with anyone he thought was relevant or could give me a boost - no matter how far-fetched. Needless to say, there was zero gain for him in his efforts.

Working in music, although both "creative industries" - the art industry itself was always relatively unfamiliar territory to me. You likely wouldn't find me at a gallery event or exhibition opening. I still had many old friends and acquaintances, who, like Inigo, specialized and work in contemporary art. Coincidentally one of my closest friends even replaced Inigo as Mr Jopling's "protégée child" at 'White Cube Gallery', a short while after he'd left. The pressure to hit sales targets and slaving absurd office hours was comparable to those kept by Wall Street bankers, with high figures and financial stakes to match. Commission incentives dangled like a carrot and quite frankly, to an outsider and a friend, a dynamic between the boss and his employees that was, in nearly all respects, immoral, inappropriate

and likely nowadays deemed a form of "workplace grooming". I knew the pressure and responsibilities this line of work entailed.

It wasn't until I got to know Inigo that I began to take a real interest and grow an appreciation towards more modern works of art and the concepts behind the pieces. In his field Inigo was not only passionate but notoriously knowledgeable. It was easy to see how admired and highly respected he was by his contemporaries and garnered praise from all of his seniors. Even today, despite his mistakes, there are countless people standing by him in full faith he will come through this ordeal wiser and more mature.

After spending more time with Inigo, I recall my initial surprise when I learnt he was only 28 years old and already balancing fatherhood with a high pressure job in an industry I knew was ruthlessly competitive. With the territory came big expectations from clients and even more from those above. It is reassuring to know those who really know Inigo are standing by him and haven't lost faith.

Inigo's incarceration has left us grief stricken as a family. Evidently when a person breaks the law, it is not just the convicted who suffer. I recognise the magnitude of the charges faced and the sentencing terms the serious crimes committed carry.

I only saw him bring out the best side of my sister and I long for the day they can be a real family - reuinted. March 18th will be the first time I have seen Inigo in almost three years. It breaks my heart every time I see my inquisitive little niece and think of Inigo missing the milestones and moments and my sister having nobody to share these joys with. The countdown to G███'s arrival tore me to pieces - a time that should've been filled with joy and excitement was instead plagued with sadness, inconsolable loneliness and a fear of the unknown. It crushed me to see my big sister so vulnerable and without her rock and G███ without the loving father around that I know Inigo is.

I pray for this living nightmare to end soon so that G███, Inigo and Victoria can commence their life with a clean slate.

Yours faithfully

Eleanor Baker-Harber

# EXHIBIT E

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

11th February 2022

Your Honor,

My name is Anna Baker-Harber, mother of Victoria who is Inigo Philbrick's fiancé. I am Australian and I have lived in London for more than 35 years, during which time I have been involved in the property business (buying, renovating and selling) whilst also raising three children.

I first met Inigo in 2017, soon after he and Victoria started to go out. I was naturally very keen to meet this young man who I had heard so much about and I had already conjured up an image of a then 31 year old guy dealing in contemporary art. But to my utter astonishment he was the total opposite to what I had expected. Not flashy or brash but reserved and quite serious. I felt completely at ease in his company from the first meeting and dinner we all had together and I warmed to him immediately. Soon after that he became a regular visitor to our house and I got to know him pretty well and despite the age difference we had many things in common. Discussing interiors and colour schemes, beautiful gardens and houses, different food and new recipes and good wine. I also discovered that he is an excellent cook and he knew where to source all the unusual ingredients from little shops all over London. It was obvious that Inigo had a keen eye for detail and beauty and appreciated the finer things in life and this did not necessarily mean opulence and extravagance but many simpler things. He would comment on a beautiful skyline, or the autumnal colours in Hyde Park, or the many miles he and Victoria would spend walking around the city and discovering new places and different food.

Since Inigo has been in prison, I have come to know him even better through the many letters that he writes regularly, from life behind bars to the latest books he has read, ranging from history to the latest health benefits of mushrooms and the Country Life magazine and the Economist which he looks forward to each week.

Inigo was always very thoughtful and kind and happy to sort out my technical or computer related problems, yet he never made me feel awkward about it. I have since learned that he has helped many other inmates to write letters for their defence who have had no other way of getting their story across because they have not had the benefit of the same education that he has had. He has always been on the side of the underdog. This is something he is passionate about.

I know his time in prison has not been easy but he has made it clear that he does not want anyone to feel sorry for him. As bad as it may seem from an outsider's perspective, I believe he will be a stronger and better person for this experience. He is hugely intelligent and very disciplined and has the ability to only focus on the positives, he looks for the good in everybody. This quality is a blessing but also proved to be a curse as he wanted to be all things to all men. It is well known that he was the "go to guy" who had all the connections and knowledge in the contemporary art world and had made many people many millions (those who now cry the loudest). With all the hard work and long hours that Inigo put in, I was surprised that he had nothing to show for it. He was always giving to others and many were only too happy to partake in his generosity. Those that benefited the most are now nowhere to be seen.

When I met him, his business troubles had already begun as a result of the downturn in the market where he operated, although I did not know to what extent. Behind this kind and sensitive man, I could see that he was under enormous pressure to meet unrealistic demands. He was looking after a lot of people who were dependent on him so I was not surprised to see that he was drinking quite heavily and rumour had it that he was also self-medicating.

I am aware of the charges that Inigo is facing and the seriousness of the crimes he has committed and I know how deeply he regrets the decisions he made in the past that have led him to where he is now. Despite all this, I have not lost faith in him and his ability to successfully rebuild his life. He has a brilliant and enquiring mind and I do not doubt that once he is released he will flourish and succeed in whatever he decides to do. I will continue to give him all the help I possibly can to get him on his feet again. Various friends of ours have already offered him employment and I am sure he will be a valuable asset to any employer. He has my home to come to and can be reunited with Victoria and their daughter G███.

I write this in the hope that this will give you an insight into the real Inigo who we all love and care about, not the character that was depicted in so many earlier exaggerated press reports.

Respectfully yours,

Anna Baker-Harber.

Anna Baker-Harber

# EXHIBIT F

Philippe Levy
15 Clos Belmont
1208 Geneva
Switzerland
15/12/2021

My name is Philippe Levy, I am from and live in Geneva Switzerland, I am 32 years old (28.10.1989) and I work in real estate.

I originally met Inigo Philbrick on holiday at a dinner through mutual friends and got to know him extensively later through his relationship with Victoria Baker-Harber.

I know him well, and think very highly of him. We have travelled a together and I believe this is really the best way to get to really know and understand someone. During my visits to London he would always make time to have lunch or dinner, or even just to meet and have a coffee. He was be someone I could share my worries, problems, or even guide me with my career ideas.

Something that always struck me was his ability to connect with people. He never made anyone feel out of place, he was always welcoming, and I always admired his genuine interest and compassion towards people. He was always interested in where people came from and wanted to hear their stories. He took care of the people around him and I noticed in particular that he always felt compassion towards the underdog. His generosity of spirit, his wealth of ideas and visions, and his acceptance of people always astounded me, inspired me even.

When I would visit London he would always open the doors of his home and hosted me during my visits. He always appeared to be a straight shooter, an honest and decent man who just got caught up in a situation he lost control over. In hindsight, I think he had a problem saying no to people as he had a fear of disappointing people. He wanted to be all things to all people. He would go without rather than having to let someone else down. I always saw him as someone who did the right thing and was always dignified. I always had such admiration and respect for him, and I still do. He stands above so many people despite his wrongdoings because I know he is a kind person to the core.

I am well aware of the seriousness of the charges against Inigo but I also know he is the first person to admit fault and take responsibility for his actions. I always observed him working so hard but I've realized he was juggling a lot more then I could have imagined. I do not believe his initial intentions were ever dishonest as he is someone who is very vigilant with his values. I believe there are many additional factors that have led things to this point. He is a young man who had great ambition and a determination to prove himself in this world and I know it was of fundamental importance for him to also be able to provide for his ex-girlfriend and their child, help his mother as well as finding a way to manage his own happiness. It is a lot for anyone at such a young age.

I was truly shocked to read about the allegations against Inigo in the numerous articles in the media that seem to be very one sided and highly dramatized. The charges that Inigo Philbrick faces and the gravity of the situation are not lost on me. I know he will do all he can to make things right and I know that not

a day goes by where he wishes things were done differently. He had a great talent and determination and think he was misdirected and just tried to get ahead.

I have first-hand seen how much family means to Inigo. I met his mother Jane at the baptism of his daughter G███. She is my godchild - Inigo has asked specifically that I was a godfather which was such an honor for me. It really cemented my opinion of the importance of the family values for him because he recognized certain qualities in me that he knows I will pass on to G███ when I'm able to. There is no doubt in my mind that he is here to take care of his family - it is his lifeline and his reason to be. He wants to do all he can for Victoria and G███ and make them proud. I know he has felt a great sadness regarding the situation with his ex-girlfriend and his daughter O███ - he would share his feelings with me about his sadness around the difficulties he faced while trying to be the best father he could be to her when things were not made easy for him. I don't believe he opened up to many people about his disappointments because he always wanted to keep a strong front.

I hope you can take into consideration the things I have mentioned about Inigo so he will be able to reunite with his fiancé and to meet his daughter as soon as possible. I know Victoria has struggled hugely without him despite also trying to remain strong. She longs to have her family reunited.

Sincerely,

Philippe Levy

# EXHIBIT G

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

Ferdinand Gros
15 rue Marie et Louise
75010 Paris

Character Letter for Inigo Philbrick

Your Honor, as the sentencing for Inigo Philbrick is approaching, I write this letter in the
hopes of helping Inigo Philbrick get the appropriate sentencing for his crimes.

My name is Ferdinand Gros, today I run my own art gallery called superzoom based in Paris
and I specialize in supporting young emerging artists. Before I tell my story, I wish to make
absolutely clear that I recognize Mr. Philbrick's crime and wrongdoing, defrauding some of
his most loyal clients and mal practice in the Art Business.

I met Mr. Philbrick while on holidays in Spain the summer of 2017. His face was familiar, I
recognized him from the New York art scene and specially in Auction Houses. Then I was an
art history student completing my internship at Christie's Auction House, New York. We got
along very quickly, and he was extremely kind and generous to me. I come from a family of
art collectors, so we had a lot to share on that topic. I never felt like he was interested in me
for my family or business opportunities. I feel like he saw in me a younger self. I was in my
early 20's then and he was in his early thirties.

Mr. Philbrick invited me often to diners and parties, he was often with his, then friend and
business partner, Kenny Schachter. Following his footsteps, he would introduce me to some
of his clients. When we were in the same town, he would often include me in his social
plans. When we were alone, he would give me advice into how to run a gallery, treat clients.
He is extremely well educated and mannered, and I saw him at the time as a role model. We
shared the same interest's business wise, in arts and had the same philosophy when it came
to having fun. However, it was difficult to conduct business with him, when I presented
some opportunities, he was always a little shady and keeping me away. Which often got me
confused as on the one hand he wanted me around but on the other kept me out of the
business side. As soon as his crimes came to light, I understood he was trying to protect me
by keeping me out. He could have taken advantage of me in a million ways but did not. I was
first in shock when I read the revelations of his case, but not surprised either as his lifestyle
was not normal. He also had some alcohol and then drug addiction problems that were
increasing closer to his case being revealed. A wrongful way of coping with the stress I
assume. However, Mr. Philbrick was never violent, never rose his voice, always very polite. A
truly kind person. I believe the way he handled our relationship without involving me when
it was too easy is a good example of his kindness and shows, he would never intentionally
hurt an innocent person. He was very appreciated by the younger crowd of our art world
circle.

His story helped me develop my own gallery, which occurred at the time of the first revelations of his case. I took all his advice for the face my gallery. Being gently, polite, well versed. His story helped me decide what not to do and I decided from there on to not deal in secondary market operations, where the big money in the art world is and focus on developing the careers of young emerging artist. Literally the opposite of what Mr. Philbrick would do. And today I am considered as one of the leading galleries for emerging artist in France.

Yours sincerely,

Ferdinand Gros

# EXHIBIT H

January 3, 2022

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Stein,

My son Inigo Philbrick has committed a serious crime. Doing so, he has broken the law. I understand that the difference between laws and rules is that laws have consequences. The purpose of the law, I understand, is to keep order, protect property, and keep people safe. In *My Beloved World*, Supreme Court Justice Sonia Sotomayor writes, "Every rule, however, is bound by context." She also writes, "Good people can do bad things, make bad decisions. It doesn't make them bad people." I write to provide a context for the bad decisions my son made in commiting his crime. I do not minimize his wrong doing. In full recognition of my son's guilt, I seek the Court's mercy.

Beyond our family life, the defining experience of Inigo's childhood and teenage years were his eight consecutive summers at Camp Pasquaney, America's oldest continuous sleep-away camp for boys nestled in the foothills of the Presidential Mountains, New Hampshire. A Peter Pan encampment of rustic cabin dormitories sheltered by towering pines, Pasquaney campers hail from 25 countries. They hike; swim, canoe, and sail across the crystal waters of Newfound Lake; sing songs that date back to the Civil War; write weekly mandatory letters home; originate and produce Saturday evening theatricals that are rehearsed and performed in a timber frame playhouse for campwide entertainment. There is a uniform for day (blue shorts and a crisp white t-shirt) and regulation dress attire (white button down and tie, grey shorts with blue piping, navy blue knee-high socks) for camp ceremonies, trustee events, and the annual mid-summer parents weekend.

The daily practice of this close-knit community is securely structured, deeply grounded in cherished traditions. Non-denominational faith is formally observed in open-air Sunday chapel service with split-timber pews and live organ music played from a shed as campers perhaps too ardently intone the lyrics of arcane hymns ("By the light of burning martyrs..."). No computers. No cell phones. The boys are bound by land, lake, sky, and one another.

Inigo returned for two summers as a counselor, where he learned the management skills – a balance of leadership and fellowship – that propelled him as a young art professional. In one of his letters home that first summer as a counselor, he wrote, "Now I know all the hard work that went into making the magical summers of my boyhood." Camp Pasquaney is coherent in purpose and practice, a place of reason and compassion. Integrating head and heart, it is a brilliant incubator for guiding young boys to become principled men.

Reflecting on those long-ago New Hampshire summers, what I cherish above all is Pasquaney's profound commitment to and affirmation of the too-often overlooked and sidelined emotional life of boys. Founded in 1895, camp leadership has seen it all. I have quipped that Camp's hundred-plus summers tempered by the joys and sorrows of more than ten thousand young boys and returning counselors has made its establishment origins vanguard progressive, a place of sustained mentorship in principled humanism. Camp schedule and organization deftly shuffle the deck of boys into diverse groups by bunk, club, and age, where they talk together and listen to each other, learning trust and mutuality. No confidence leaves the group or camp. Leading by example, counselors offer their own life lessons in "tree talks" presented under the pines on challenges each faces or has faced, speaking openly of their struggles and their goals. On the last day of summer, after chapel and the offical close of camp marked by the lowering of the American flag, the tears shed in this all-male bastion, year after year, speak to the rare tenderness and sanctuary Camp provided its boys.

Inigo loved hiking the Presidentials. The close companionship, majestic landscape, and challenge of endurance and self-reliance the weeklong hikes entailed enchanted and strengthened him physically, mentally, and spiritually.

The first months after his father left were distraught and uncertain. On par with the emotional blow was the discovery that my ex-husband had spent all of the proceeds of the sale of our house, our only financial nest egg. Easing heartache and buoying our spirits, Inigo drew an analogy to the weathered pines that cling so improbably and

tenaciously to the craggy outcrops and precipes of the Presidential trails he trekked summer upon summer. Their trunks and branches, bent and turned, are lyrical in line and silhouette, he insisted, because of – not despite – the harsh terrain and persistent, buffeting winds. "If that is us, Mama," he confided, "so be it. They are beautiful." How could I not rally to such valiant appeal to determination and grace? Writing from prison fifteen years later, Inigo recommended the Robert K. Massie biography of Catherine the Great he had just finished. "I beg you take courage," counsels the Russian Empress, "the brave soul can mend even disaster."

I was a young mother by the standard of my peers – twenty-six years old when Inigo was born on Shakespeare's birthday in East London. Inigo's father and I were living in a long-abandoned warehouse in Hackney, part of the young artist vanguard transforming the borough as New York City artists had transformed Soho in the 1960s and 70s. I was writing for the theatre – a member of the Royal Court Writers Group, the Soho Theatre, and Monstrous Regiment of Women. Inigo's father was working in the education department of the Hayward Gallery and pursuing an MFA at Goldsmiths College, University of London, one of the premier art schools in the world, where Inigo would earn his BA and MA in curatorial studies while working at White Cube Gallery under Jay Jopling, one of the top international contemporary art dealers.

Inigo is authentically artworld born and bred. He was a constant studio companion, attending every exhibition and opening with his parents from literally one week old (I look back on that with some horror – a crowded Open Studios in Clerkenwell, North London. What was I thinking?!). His maternal grandfather founded and helmed a renowned fine art foundry, casting sculpture into bronze, aluminium, and corten steel. Inigo's paternal grandfather was a notable New England poet and English professor at Brown University. Inigo's career aspiration was to be a premier art dealer in the mold of Pierre Matisse, son of Impressionist Henri Matisse, and Julien Levy, early 20th-century champion of Surrealism and groundbreaking American artists and photographers. It was such a canny move, carving out a distinctive role for himself in our one-industry family in which he could stand his own ground on shared arts turf.

Inigo looked spectacularly well on his way as an intern and then employee of Jay Jopling at White Cube, one of the world's premier international commercial art galleries, despite the debilitating backstory of our ruptured family. Nineteen years old, on his own in London, where he had been born but hadn't lived or visited since he was a toddler, working to support himself in college, Inigo was young, handsome, to the manner born in the contemporary artworld, equally at ease in an artist's working studio as at a dinner party with museum trustees and collectors.

Inigo was eighteen years old when his father left. My ex-husband had no legal responsibility to our son financially, including college tuition and support. My divorce lawyer put it bluntly: Inigo would be educated in the "school of hard knocks." When his father later re-negged on our divorce settlement to pay our daughter's tuition and support, Inigo stepped in and paid up, protecting his sister from a similar blow.

My career was doubly hard hit by divorce and the economic fallout of the Great Recession, which winnowed employment prospects for artist educators. I parlayed my exhibition history, writing, and residencies, including a five-year appointment at the Center for Advanced Visual Studies ("CAVS"), Massachusetts Institute of Technology, and a summer residency at the MacDowell Colony, into a teaching position at the Valand School for Fine Art, University of Gothenburg, Sweden, first as a guest artist, then Visiting Professor, then Professor and Director of the international Master of Fine Arts programme.

In the uneven subprime recovery, CAVS shuttered and the eight art schools of the University of Gothenburg consolidated, downsizing Valand and eliminating my position. I again regrouped to apply the climate and environment concerns percolating in my studio practice to chart a new course in the growing climate economy, pivoting from gallery- and museum-based exhibitions to working directly with the built and natural world. Funding from the State of Connecticut Department of Economic and Community Development and fiscal sponsorship of the New York Foundation for the Arts ("NYFA") supported my artist-driven, community-based master planning for a decades-long abandoned mill site in my small southwestern Connecticut town. I have presented the work pioneered for this venture nationally and internationally, including Tsinghua University, Beijing; Lund University School of Architecture, Sweden; Parsons School of Design, The New School, NYC, where I piloted a seminar in the Art, Media, and Technology program, titled, "Earth Age: Artists for the 22nd Century," a skills-building curriculum on creative climate action for future preservation. I also co-curated a Brooklyn-based artist residency, re-tooling these climate and community themes for professional working artists.

Hitting headwinds from the opaque special taxing district legislation encumbering the mill site, I honed my climate focus to fashion, an economic vertical orginally proposed for the site in the 2013-14 master planning that was fast gaining traction globally (the UN declared the industry an "environmental emergency" in 2018). With another round of State funding and renewed NYFA fiscal sponsorship, I organized a series of community programs, including a thought leadership Summit, garnering local, regional, national, and international press and media, and proof-of-concept community-based design studio, commissioning three recent Parsons School of Fashion graduates to create ecological fashion capsule collections for debut at the Summit. A follow-up feasibility study for local wool processing was subsequently commissioned by the State, resulting in our early-stage venture Northeast Wool, to be based in Bridgeport, Connecticut, a distressed community where 20.8% of the population lives below the poverty line. If successful in our current capital raise, we will create 66 jobs in our first year, the majority of which are accessible to local residents. This challenging task is made more daunting by the harsh reality that just 2% of capital raised in 2021 went to women founders. Operating under the "debt diet" imposed by the Connecticut Governor eliminating project financing further narrows the odds of our success. We are in the "Valley of Death" of the startup world, where 90% of companies fail. "I beg you take courage," counsels Catherine the Great via the flexible, prison-issued pen of my son, writing from his Brooklyn cell.

At every step of this sometimes harrowing, stubbornly fragile, yet sincerely purposeful and urgent journey, Inigo has been a steadfast support and champion, never doubting my ability to persevere through adversity to create lasting value, beauty, and grace. This is his true nature, evident in Brooklyn in the letter writing service he provides to fellow inmates, assisting with their correspondences. It is what his beloved financée and her family cherish about him. Inigo is a good person who made bad decisions in the company of mentors exploiting his youth, naivete, ambition, and vulnerability for personal advantage.

When Inigo was a boy, I would read aloud to him for hours at a stretch – Arthur Ransome, Alan Garner, Joan Aiken, Brian Jacques, Edward Eager, Rudyard Kipling, Aesop, Brothers Grimm, William Steig, Betty MacDonald, Lloyd Alexander, Edward Ardizzone, Howard Pyle, Mark Twain, E.B. White, George Selden, Natalie Babbit, Walter Farley, T.H. White, Roald Dahl, and of course C.S. Lewis. Throughout this ordeal, I think back on our reading *The Lion, the Witch, and the Wardrobe,* the first book in the Narnia series. There are four siblings, in order by age: Peter, Susan, Edmund, and Lucy. Edmund gets entangled in the evil doings of the wicked White Witch, putting the entire kingdom, his siblings, and his own life in peril. He sorrowfully repents and matures to rule Narnia with his siblings at Cair Paravel as King Edmund the Just, "a graver and quieter man than Peter [the High King], and great in council and judgment." Edmund's transformation – from transgression to redemption to wisdom – is the primary theme of the narrative, a parable of faltering, regaining one's footing, and the human toll paid forward in compassion.

I dearly seek the Court's compassion for my son, his beloved fiancée Victoria, their beautiful baby daughter G█ G█ and the extraordinarily loving and steadfast Baker-Harber family. I long for G█ not to grow up without a father, as I did, and to be spared the wounded father Inigo suffered. Portia's appeal "The quality of mercy is not strain'd" is *agape,* the selfless love of others Martin Luther King, Jr., urges we embrace. For Justice Sotomayor, "The quality of mercy: 'It blesseth him that gives and him that takes.'"

Sincerely yours,

Jane Philbrick

# EXHIBIT I

# Victoria Baker-Harber

31 Albion Street,
London,
W2 2AX,
UK

To the presiding Judge,

I'm Victoria Baker-Harber, 34 years old, Inigo's fiancé and mother to our 1 year old daughter G███.
The past year has been both the best year of my life but also the hardest. I am the sole carer for G███
who amazes me every day with her boundless curiosity, but it is relentlessly exhausting. Both physically
and mentally. I so desperately want her to know her father for the person I know and love, but the only
thing she knows of him is a voice on the phone. Inigo always tries to schedule his calls around her
bedtime so he can read her a story - usually one of his favourites he remembers from his own childhood
where his mother would read avidly to him. I know it at least brings him some comfort to be part of our
routine and to be able to hear her, even just be on speaker while I'm doing bath or dinner time. January
and February have been particularly tough as there have been endless lockdowns and we have gone
week without any contact or news.

As G██ grows and continues to develop, I wonder just how much harder things are going to get
managing on my own. I never anticipated not having Inigo around for these moments - motherhood is
bittersweet. I am desperately lonely and have moments when I question how I will carry on. Nothing
can ever prepare you for life once you have a child of your own. The love you have is an entirely new
emotion, but without anyone to share it with, I have been left feeling debilitated at times. Her first
words were 'Da da da' - something Inigo bursts with joy on hearing down the phone even if she doesn't
quite realise what she is saying yet.

As you know, Inigo was arrested when I was five and a half months pregnant and Vanuatu had been in
lockdown with no flights in or out since March. I'd never planned to deliver the baby there - I was going
to return to Australia (I'm an Australian and British citizen). The trauma and shock felt like a death, and I
lost a significant amount of weight. I was only permitted to leave the country on medical grounds (due
to an Rh Blood type incompatibility as they didn't have the right medicine available there) I needed this
to ensure a safe delivery. It was only because I am an Australian citizen I was able to begin my journey
back to London via Brisbane on a repatriation flight. I wouldn't have been able to even get to Sydney
where my family is due to the inter state restrictions there. I was terrified.

On arrival back to London, my obstetrician was adamant I was evaluated by a psychiatrist prior to
delivery as the ordeal with Inigo left me in a very dark place mentally. Against their will, I opted to not
begin a course of antidepressants because of the potential long term affects it may or may not have had
on the baby. Needless to say, I struggled and isolated myself. Covid restrictions meant I had to attend all
appointments alone, as well as delivering G██.

Once back in London with my immediate family, there were two to three week long stretches without
hearing from Inigo at certain points due to quarantine procedures after he had meetings. Going into

hospital for the delivery at the end of October, I was alone, scared, and couldn't share any of this with anyone. Sleepless nights took on a new meaning, but her arrival was a milestone.

My world stopped in June 2020. I am not one for self pity, but I do not know how I have managed. There have been moments where the only thing that has kept me going is this little girl who needs her mother. That is my reason to wake up and something I am so grateful for, despite the circumstances.


Inigo and I began as friends through mutual friends in summer of 2016 and we often confided in each other - on the surface he always appeared to be happy and confident but the reality was not entirely the case. We shared the same outlook on life and a shared sense of the ridiculous. I think this desire to be all things to all people probably stemmed from his mostly absent father and the disappointments during his own childhood and early adulthood. I realised he had taken a lot on from a young age and felt an obligation to look after his mother. Inigo always tried to do the right thing and never wanted to disappoint anyone. I realise how our parents relationships in ways, shape our views in life but the after effects can be damning. A child's loyalty to their mother during separation can really set a precedent. I say this from personal experience.

I would often see Inigo sending video messages to Fran for O███ and it broke his heart to be so far away from her while we were on the other side of the world. He did his absolute best - I think a lot of this is because he never wanted O███ to feel abandoned. He still doesn't, but it is impossible to have or maintain any relationship with a young child from where he is and with the Covid restrictions in place. I had planned to bring G███ to meet him in Brooklyn after my first and only visit but it is next to impossible with last minute cancellations, not to mention the travel from London to New York with a very active one year old.

For all of Inigo's mistakes, he is such a far cry from the arrogant character depicted in the never ending media circus. He always made time for people, took a real interest, and put himself last. He never stopped giving and providing, and never wanted to disappoint people both close to him and those who invested with him - and that I believe is the core of his problems. He would always believe there was a solution instead of confronting the problem. I realise that he had so much on his plate and so much was expected of him, and he would never just say 'no'. He has looked after his mother since the divorce, working multiple jobs at a time from the age of 17, as well as helping put his sister through college. He had intended on always looking after his ex girlfriend and their child, as well as me and the family we were building. I now realise how much responsibility he had to maintain this all, let alone in the manner to which some people had become accustomed. He was always someone who people would come to for advice or a shoulder to cry on, but he really never expected anything in return. He is a true giver and a doer and has such empathy for those around him. I think a lot of this may have been clouded by the facade of someone who was so exceptionally knowledgeable in his field in the art world that it could have been mistaken for arrogance. Having said this, a number of people who's paths crossed with his in the art world and beyond, have contacted me to tell me they will still work with him or employ him once he has served his time.

At the time things began to unravel with his dealings, on the advice of a Miami based lawyer and with civil lawsuits being filed, I made the suggestion we go to Australia to visit my grandmother. I was aware he had nothing material left to offer me but his kindness and consistency were enough to cement my choice and temporarily leave the world I knew behind. My grandfather came from Fiji in the South Pacific, and again, it was my suggestion that led us there. I'm aware that the optics of having been

arrested in Vanuatu are suggestive of someone who was fleeing and hiding, but at the time of his arrest, the country had been in a total lockdown since March with no flights in or out of the country. Prior to this, we had flown back and forth from Australia to see my relatives, visited New Caledonia and Japan. I had also become pregnant which was something we both wanted. My initial appointments and scans were in Sydney and it was always the plan to deliver the baby there. My mother had an apartment there and I have my mother's side of the family there too.

Inigo had plans and ideas for projects in Vanuatu that gave back significantly to the local people - the property ownership element there is dependant on 75 year leases which meant that no family or tribe had to entirely give up their rightful land indefinitely. This was something that fuelled his interest in phytomining - knowing that Vanuatu was mineral rich but also a nation who had observed the decimation of neighbouring islands for their mineral resources from outsiders. Both Inigo and I hated the idea of the minimum wage that foreign expats would pay locals for manual help - it wasn't and isn't relative. Our future plans in the South Pacific were circumstantial only generated by general interest and his enquiring mind as he saw a real opportunity there. That is why my mother decided to purchase property there.

Inigo has always had a positive outlook in life and he has a truly great mind. He brought so much happiness to my life and was honestly best thing that ever happened to me. He brought out the best in me, even when he had nothing left to give but his kindness and humility, The day he was arrested, my world stopped. Had it not been for the little girl I had to safely bring into this world, I wouldn't have been able to go on. The past year has been excruciating to say the least. G▇ is yet to meet her father and I have had to navigate a new world as a single mother with no one to share our joy with. We spent every day together and his absence has left me debilitated. I never realised how fragile I was until I was alone. I never imagined my life without him by my side.

I cannot list the endless kind deeds and gestures that Inigo has done in the time I have known him. Standing by him through this is solely a testament to his character. He remains strong despite having not been able to witness or even be aware of the birth of our daughter G▇. He was in quarantine without access to a phone over this period and I had no way of getting news to him that we were both safe and well. He has remained strong for me, and his 15 minute phone calls are my lifeline.

Without any end in sight and very few visits possible due to Covid and travel restrictions from the UK, my light at the end of the tunnel has always been a moving goal. I send daily updates and pictures of G▇ to his mother Jane, who was able to travel to London to attend G▇'s baptism and to meet her - something that has been a huge comfort to all of us. Now that I've finally seen him after nearly 18 months, I have some hope that we can one day be a family as he is still the person I fell in love with. I think he has used his time there as wisely as one can. He has certainly had ample time to reflect on things and make conscious decisions to better himself.

Inigo's kindness to outsiders, whether it be picking up locals from the village in Vanuatu to get them to a funeral, taking in stray dogs and newly born pups after a typhoon, and even wanting to get to a neighbouring island to help rebuild a village after total destruction from the typhoon. This is almost hard to imagine in light of his crimes and with the image one would paint of him based on tabloids. As a real person, Inigo is a humble, hard working, down to earth young guy full of compassion and hopes and such strong values. He lost his way and is paying a heavy price for it.

I'm not sure if it's possible to gather letters of support from those he's met in MDC, but I'm aware of the impact he has had on people he's met during his time there. Some have written me letters or been in touch over email. Some have since been released, others have been moved to other facilities. Inigo's focus has been on survival of course, but he's managed this through helping people who don't have the reading and writing skills he has - helping them to articulate their stories to their lawyers, and really taking the time to listen. His genuine interest in the lack of education in USA has been an ongoing topic of conversation between us. Whilst incarcerated, he has been driven to develop a better understanding as to how and why people have ended up in this prison system time and time again; his main objective, thinking of the bigger picture for individuals to prevent reoffending and offering guidance or even helping with business plans once they are out. He's understood and shares with fellow inmates that the price of ones freedom is not worth being apart from family, not worth any material object or comfort nor an acceptance amongst peers. This is regardless of background, race, or outside world status. I have no doubt that he's made a significantly positive impact on lives there. He strived to do this on the outside world too, but I think his time spent there has been somewhat more meaningful in ways. I have no doubt that his passion for helping people get on the right path will be something he carries through life.

Something that really always stood out to me about Inigo was his dedication to make time for my family. He had patience with my mother and her computer queries and a willingness to get to know my siblings. I never felt ashamed or worried about what he might think with unusual inevitable family dynamics. I know his only objective in life is to be part of a loving family who needs him as much as he needs them. Inigo is the love of my life and I simply cannot function without him.

I know Inigo is due to stand for sentencing before Judge Stein on March 18th 2022. I will be present with our daughter and our family. I hope you can take the above into consideration and that this will offer a more complete view of his character when making your decision. I have tried to keep it brief but it is hard to condense his real nature and intentions in a few paragraphs.

Many thanks,

Victoria Baker-Harber

# EXHIBIT J

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

February 14,2022

Your Honor,

My name is Clara Philbrick. I am Inigo Philbrick's younger sibling. I believe I can provide unique perspective to the underlaying cause of Inigo's behavior as well as important examples reflecting his character, goals, and care that have always existed.

Inigo's behavior is better understood within the context of both our childhoods, specifically our mother. I have not had a relationship with my mother since I was 18. Despite being highly capable, she has consistently sabotaged all professional opportunities, refused/been unable to hold consistent employment, and destroyed all personal relationships. Jennifer Hoult, Inigo and my godmother, who was present at Inigo's November hearing, was a core family member before my mother cut her off from our lives. Our mother is physically and emotionally abusive as well as erratic and removed from reality. Wearing long sleeves to school to cover bruises was normal for me. Her not eating or sleeping for days, was normal. Her threatening her own life, in order to control me and Inigo, was normal. By the time I was in middle school she had isolated me from my father, from all family friends, and extended family members. Inigo was the only person she allowed into our lives, and even he was put on a constant rotation of being thrown in and out, all the while expected to provide emotionally and monetarily for both her and teenage me.

My mother very clearly told 19-year-old Inigo that he was financially responsible for both her and me. (Despite the fact she was receiving spousal support – which she adamantly denied).

While I had many structural privileges, school, and extracurriculars, I was not being cared for by a parent. My mother had completely cut off my father's access to parenting me but was not parenting me herself. Inigo, at 19, stepped in. He bought me a winter coat when I no longer had one that fit. He bought me acne facewash when I hit puberty. Inigo paid for half of my first two years of college (tuition, room, food). Inigo was the person who emotionally and physically defended and stepped between me and my mother on my behalf. Inigo was my only lifeline in childhood.

Although it is important to note that Inigo and I have not had a relationship for seven years (because of tension fostered our mother), I hope to rebuild my relationship with him. Regardless of our distance, my trust in his character remains intact.

I understand this all is not reason enough for Inigo to be excused from his actions. However, the foundation needed for Inigo to be a productive community member and reliable father have been honored and sacrificed for from a young age. My childhood, my ability to start college, my safety are in thanks to Inigo. Had Inigo not spent his childhood, adolescence, and young adulthood (often physically) protecting and providing for me I do not know where I would be today.

Thank you for your time and consideration.

Sincerely,
Clara Philbrick

# EXHIBIT K

To Judge Stein,

I'm Nadia Phillips, I am Australian but live in London and I work in fashion.

I have known Inigo for the past five years, and he has always been a person I felt I could rely on. I always appreciated his opinions and his visions despite not being in the same industry work wise. Inigo has always been someone who took the time to understand everyone. He always took an interest in people and wanted to know where they came from and what their story was. I recognised him as a hard worker, someone who strived to be the best in his field. His determination was something I always admired, alongside his humility. I always felt safe in his presence. He was the person who always made sure I got home safely.

I lost my brother a few years ago from an overdose. It is something that has affected me profoundly. I have also grown up with a difficult family dynamic. Inigo was one of the very few people I could openly talk to about things as we had a lot of mutual experiences. He never judged or questioned, but listened and understood. Within my circle of friends, these aren't things I would ever openly discuss, but with Inigo I never felt any reluctance to share. Growing up, I know he did not have an easy ride unlike the majority of our friends. There was no fallback plan and I could relate. Perhaps he always felt as though he was an outsider because of this. He was never ashamed, but he was determined. He didn't see his upbringing as a restriction, but an initiative and a force to achieve. He had a lot on his plate from a young age but he seemed wholly accepting of it. He seemed always confident in his decisions because I believe he was a master of his craft. A perfectionist who didn't want to let people down or ever be proven wrong. It was always inspiring to be in his presence. He encouraged me to think outside of my box and strive for more because I think he sees the light and potential in people. This ability to see and bring out the best in people is something that I'll always remember and cherish.

I know Inigo is due to be sentenced in March, and I ask that you take into consideration the real person behind the charges. He has brought so much to the lives around him, and even to this day, his optimism and outlook amazes me. I have no doubt he will find his way in whatever path he chooses to follow. His ideas and insight are missed, and I know he longs to make his mark on the world with whatever experiences he has faced. As much as this journey in the past 18 months has been harrowing, he will take the positives from it and will move forward. He deserves to be the father to G▮ that I know he wanted to be. She is such a blessing. Precocious, energetic, inquisitive, but too much for his fiancé Victoria to raise single handedly.

I ask that you take my stance on Inigo when determining his sentence. So many lives will be made better and whole again when he is able to be present. He deserves another chance.

Kindest Regards,

Nadia Phillips

188 Sutherland Ave, W9 1HR, London, UK

# EXHIBIT L

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

January 12, 2022

Your Honor,

I write in support of my son, Inigo Philbrick. Inigo will be appearing before you for sentencing for serious crimes he pleaded guilty to. That Inigo's crimes occurred within the art world is particularly painful and relevant to me; I have been a Museum Director for 25 years. Prior to that I was an artist and a museum educator. Inigo literally grew up in the art world. I welcomed his participation as a Student Docent and then as a Gallery Attendant at The Aldrich Museum when I was Director there. Inigo followed in my footsteps by studying art at Goldsmiths College in London. I happily made introductions for him as he launched his own career. I was proud of his knowledge, passion, and dedication for his chosen profession.

Inigo and I were very close, and deeply loved each other throughout his childhood and into young adulthood. He was a loving and nurturing older brother to his sister Clara. In 2006 his mother and I divorced, resulting in an acrimonious and toxic situation for both Inigo and Clara. Both, at the instigation of their mother, were estranged from me for many years. Clara suffered what she calls traumatic emotional damage during this period, and I have been supporting her financially and emotionally over the last five years as she regains stability in her life. Inigo and I were completely out of touch from roughly 2011 until late 2021.

At 19 Inigo was told, falsely, by his mother, that I had left her and Clara homeless and unsupported, and that he was solely responsible for providing for them. Inigo was given completely inappropriate emotional and financial responsibilities. It is clear to me that Inigo went through his own traumatic emotional damage and was unable to discern that he was on an inappropriate path. When, in 2016, Clara suggested to him that he not continue to financially support his mother and forge his own path he pulled away from Clara as well.

That Inigo reached out to me to restart communication and begin to address in frank but understanding terms what we have been through as a family, and to do so with grace and good humor is indicative that the essential good character within Inigo is resurfacing. His arrest, and his subsequent reckoning with what he has done, have both allowed and forced him to address the trauma he has experienced and work for a better future.

I ask for your faith in his ability to realize and sustain moral clarity in his heart, and I pledge my commitment to helping him do so over the long term.

Respectfully,


Harry Philbrick

1112 N. Bodine St
Philadelphia PA 19123

# EXHIBIT M

Townhouse C,
8 Connaught Place,
London, UK
W22ET
+447917338230
roryjapp@hotmail.com

To the Honorable Judge Stein,

My name is Rory Japp, I am from the UK and reside in London. I am 31 years old (15.03.90) and I work in media/tech.

I met Inigo Philbrick through his fiance and mother of his newly born child, Victoria Baker-Harber, a very old family friend of mine. Prior to his arrest, I had spent a lot of time with Inigo and Victoria, going on a number of vacations and attending many dinners and events with them. During this period I got to know Inigo well and consider him to be my good friend.

Despite the stories perpetuated in the media, Inigo was not a flashy person, quite the opposite. Inigo was kind, humble, and understated. Qualities we share, which is why I believe we became so close. I was always struck by Inigo's curiosity and genuine interest in other people's opinions and experiences. He would always show great interest in what was going on in my life, and always offering his thoughts, advice as well as introducing me to a number of influential people who have helped me in my own career. I owe a lot to Inigo's generosity and forthcomingness.

I am well aware of the seriousness of the charges against Inigo but I also know he is the first person to take responsibility for his actions. I was aware of Inigo's intense work schedule but only after certain revelations, I've come to realise just how much he was dealing with. I do not believe his initial intentions were ever meant to deceive, but clearly, there are many additional factors that have led Inigo to this point.

Those that know him well will always notice that he has a compassion for the underdog. I think this is because Inigo has been the underdog in his own life. I believe this is even more true in his current situation. I truly believe Inigo has become the poster child for a highly corrupt, unregulated art world. The terrible mistakes he made are not lost on me, but the foundations were made a long time ago and since then, he has spent years trying to make amends, evidently only digging himself into a deeper hole in the process. This is a product of youthful naivety and ambition, not that of a criminal mastermind. He is a young man, with so much to contribute to this world. He, unfortunately, listened to some bad advice early on in his career that has led to some serious mistakes against some very powerful people and he is now paying for it in spades.

All of this has been made worse by the intense and slanderous media campaign against him. And against his fiancée Victoria. Her pregnancy was announced via caustic tabloid reporting on 'Artnet' at the time of his arrest. I can only imagine this to be the most vulnerable time in someone's life, especially having already been in the limelight.

It is not just Inigo who is paying the price for his mistakes - his fiancee, Victoria, and his new baby G█ are as well. Victoria's strength in Inigo's absence has been frankly incredible, but those who are closest to her know how much she is struggling without him. We all long for the day when Inigo, Victoria, and G█ can be united.

I know Inigo is due to stand for sentencing before Judge Stein on March 18th 2022. I hope you can consider the comments and observations I've noted to complete a view of his character when determining his sentence.

Yours sincerely,

Rory Japp

# EXHIBIT N

**bakerharbersam@gmail.com**          **Sam Baker-Harber**          **+44(0)7879637025**

To:

*Hon. Sidney H. Stein*

*United States District Judge*

*Southern District of New York*

*500 Peal Street*

*New York, New York 1007*


From:

*Sam Baker-Harber*

*13 Redesdale Street*

*Chelsea, London*

*SW3 4BL*

To the Honorable Judge Stein,

I hope this finds you well. My name is Sam Baker-Harber, the youngest sibling
of Victoria Baker-Harber and uncle to Inigo Philbrick's baby, G█-G█. I have recently
completed a Graduate Diploma in Law having previously worked as Senior Speechwriter to
the Conservative party candidate in the latest London mayoral election. I understand that
Inigo has pleaded guilty to serious crimes and is due to appear before you for sentencing.

I have had the pleasure of knowing Inigo for around four years now. Throughout this time,
Inigo proved himself to be a thoughtful, considerate and thoroughly and genuinely kind
person. In fact, almost every interaction I have had with him has been marked by some act
of his kindness.

When he and Victoria first met my girlfriend (of over three years), it was owing to Inigo's
perseverance. It is through this that I owe the relationship I am now able to enjoy with the
both of them. His charm and warmth immediately shone through, finding common ground
and putting both of us at ease where awkwardness could have easily prevailed. He is
someone that brings people together and sees beyond differences. He always aims to align
people.

Several months after our dinner, a friend of mine tragically passed away at a young age.
Inigo immediately and without hesitation reached out to me to offer his condolences, telling
me he had lost a friend around the same age and that he was there if I wanted a fresh pair of
ears. Only now am I aware of just how much pressure he would have been under at that
time in his life, given the nature of his career and the fact he already had an ex-partner and a
child who were very much reliant on him.

Having studied English at King's College London, Inigo and I have discussed literature and
our love of books at length. Just a few days after our first discussion, I was given several
paperbacks that he thought I might enjoy. When we discussed Italian cuisine and our shared
love of pasta and specific ingredients, Inigo gifted me a Japanese knife that I make use of
daily. Since his incarceration he has also encouraged and advised on my ambitions towards
a career in the legal field. I have also noticed how his interests whilst incarcerated have
expanded exponentially, he has clearly optimised the use of his time through extensive

research and extensive reading.

It is a great shame that half of the time I have known Inigo has now been remote. The loss that my sister feels, however, is unfathomable to me. Besides from struggling to fit in times to write and speak with Inigo ourselves, there is a real sense of sadness that we all feel in G█'s first utterances being heard down the phone, invariably muffled and fleeting moments of connection between father and daughter.

Following Inigo's abrupt extradition, returning to London alone and delivering G█ -G█ was harrowing and distressing for Victoria. With no initial contact with Inigo even via phone, she was very much alone and isolated herself. The situation has also put immense strain on my mother and father who in their older age have been burdened both financially and emotionally. In spite of this, Inigo remains a paragon of optimism to us all. At every turn, he does his utmost to reassure my family and put us at ease, instilling faith even where it is not readily available. Alas, I think the tendency of his to overpromise proved to be his downfall with respect to his art dealings. That is, his desire to please everyone, even where in reality things may lie beyond his control.

I offer this letter to you in support of Inigo in the hopes that elucidating his character may help to mitigate the severity of his sentence. I appreciate the gravity of the charges but I firmly believe that Inigo's mistakes have not arisen from malice nor from acting with any bad faith. The impression he has made on my family and all our mutual acquaintances has been overwhelmingly one of benevolence. I believe Inigo would be an asset to any community and that his chances of expiation are well and truly stifled by his protracted confinement.

Sincerely yours,

Sam Baker-Harber

# EXHIBIT O

To the presiding Judge,

By way of introduction my name is William Noble I am a restaurateur from London and I have been fortunate enough to know Inigo Philbrick since 2017. I have known the Baker-Harber family for over 15 years and due to our close relationship I was able to spend a lot of time with Inigo since he and Victoria were together.

My first impressions of Inigo were always that of a caring man who put others before himself. He was a brilliant soundboard, we share a passion of food and I would often turn to Inigo for his opinion on work related matters. Although, not his industry Inigo always provided clear, educated assessments of what he thought I ought to do, he always seemed to have the right answers. We talked at length about one day building and running our own Hotel, a dream we will one day make become a reality. There is a non-obligatory offer to Inigo to come and work with my restaurant group once this is all over.

In 2018 when I opened a restaurant in Miami, Inigo and I spent more and more time together, he often invited me to galleries and art events where he was keen to educate me in an art world, which was so unfamiliar to me. He never approached me to become a client, it was purely out of his passion and his extensive knowledge in a field so deep showed what a remarkable mind he has.

It is truly an injustice Victoria is now alone raising their beautiful G█ alone, both of them need his support, guidance and love.

Yours faithfully,

William Noble

NZR Ltd
william@noble.org.uk
+44 7734230397

# EXHIBIT P

Peter Ezika
No 18 Omu Crescent GRA, Onitsha
Anambra State
+2349076286427

December 15, 2021

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Your Honor,

My name is Okechukwu Peter Ezika and I am a medical student and entrepreneur, living and working in Nigeria. I am writing this letter on behalf of Inigo Philbrick who I met in 2020, while I was going through a rough patch myself. He was my cell-mate during my time at the Metropolitan Detention Center (MDC) and we remained good friends even after I left the facility. In the time Inigo and I spent as cell mates, I learned so much from him and about him. He is a decent man and a person of good character. On several occasions, I watched Inigo de-escalate situations that could have been volatile. I also watched Inigo help other inmates in our unit with legal letters and teaching them to write correctly. I understand that Inigo is being charged with a serious crime but to err is human. He is one of the few people I encountered during my time at MDC that I consider a friend. As mentally exhausting as the situation we faced at the facility, Inigo spent a lot of his time reading and sharing his books with me. He stayed to himself and avoided conflict which can be almost impossible at MDC. Inigo has a one-year-old daughter who he talks so lovingly about. He is diligent and soft spoken and never got in trouble while I was at MDC. He is very trusting and sees the good in everyone he encounters. It is my sincere hope that the court takes all these wonderful traits highlighted in the letter into consideration. I strongly believe that Inigo Philbrick is an honorable individual and valuable member of the society and the world at large

Respectfully,
Okechukwu Peter Ezika

# EXHIBIT Q

To the Hon. Sidney H. Stein,

Dear Sir,

We are the artists Gilbert & George and have been creating pictures and exhibit our art around the world for more than 50 years.

We met Inigo in 2005 when he was an intern of London's White Cube Gallery where we were exhibiting our SONOFAGOD PICTURES. He was wonderfully pro-active in the front desk selling exhibition catalogues. We instantly became friends and Inigo went on to co-edit one of our publications and then to curate a show of ours at his newly opened Modern Collection Gallery.

We are deeply sadened that Inigo has become embroiled in art world criminality. We are sure that many people in the art world were complicit in this sad story. In the words of the distinguish crime correspondent of the Sunday Telegraph:

 "The industry is corrupt from top to bottom. Inigo isn't the cause here, he is a symptom."

From the first day that we met Inigo we realised that he was a very talented, extraordinary charming, honest and decent young person.

He became a real London friend and supporter and we love him dearly.

Once Inigo left London for America we rather lost touch with him.

We find it is difficult to believe that Inigo did anything truly wicked and we live in the hope that he will return unscathed to our world.

Yours

Gilbert & George