

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 30, 2022

**BY ECF**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:   *United States v. Inigo August Philbrick*, 20 Cr. 351

Dear Judge Stein:

Pursuant to 18 U.S.C. § 3664(d)(5), the Government writes to request that the Court set a date for the final determination of restitution 90 days after sentencing. The Government has been working on determining a final restitution amount for several months, but the final restitution amount is not yet ascertainable. Restitution in this case is complex, involving numerous artworks and multiple victims with competing claims to those artworks. The defendant, through counsel, consents to the request.

The Government will separately file its sentencing submission by April 4, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Cecilia E. Vogel
Jessica Feinstein
Assistant United States Attorneys
(212) 637-1084/1946

cc: Jeffrey Lichtman, Esq., and Jeffrey Einhorn, Esq., via ECF

---

*Handwritten annotation:*

3/31/2022

Sentencing is adjourned from April 8 until May 5, 2022 at 10:00 A.M. in Courtroom 23A. The date for the final determination of restitution is July 5, 2022.

So ordered.

/s/ Sidney H. Stein
Sidney H. Stein, U.S.D.J.