KELLNER HERLIHY GETTY & FRIEDMAN, LLP

470 PARK AVENUE SOUTH, 7th FLOOR

NEW YORK, NEW YORK 10016

DOUGLAS A. KELLNER
CAROL ANNE HERLIHY
EUGENE F. GETTY
ALAN M. FRIEDMAN
JEANNE-MARIE WILLIAMS
THOMAS VANDENABEELE

CHARLES E. KRAUSCHE II
OLGA V. PETROVSKY
BÉRÉNICE Le DIASCORN
DERRICK M. NG
BRYAN R. BEIROLA

TELEPHONE: (212) 889-2121
FACSIMILE: (212) 684-6224
dak@khgflaw.com

COUNSEL
MICHAEL H. SINGER
ROBERT P. MCGREEVY

**MEMO ENDORSED**

May 9, 2022

By e-mail

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse 500 Pearl Street
New York, NY 10007

<u>United States v. Inigo August Philbrick, 20 Cr. 351</u>

Dear Judge Stein:

    Our law firm represents Fine Arts Partners, whose principals are Daniel Tümpel and his wife, Dr. Loretta Würtenberger. Mr. Tümpel submitted a four-page victim's statement (EF #60-1). The sentencing hearing is now scheduled for May 23, 2022. Because they reside and work in Berlin, Germany, Dr. Würtenberger and Mr. Tümpel will not be able to attend the sentencing hearing in person. They respectfully request that the Court establish an audio link so they will be able to listen to the hearing.

    Assistant US Attorney Jessica Feinstein and defense attorney Jeffrey Einhorn have informed me that they have no objection to this request.

Respectfully,

Douglas A. Kellner

Douglas A. Kellner

Copy to counsel of record

**The conference line in listen only mode is 888-273-3658, access code 7004275.**

Dated: New York, New York
       May 10, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.