UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-351 (SHS) |
| -v- | : | ORDER |
| INIGO PHILBRICK, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the BOP shall have a mole on defendant's foot evaluated as expeditiously as possible. The government is directed to provide the Court with a statement that this has been done within 30 days from today.

Dated: New York, New York
       May 24, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.