

Inigo August Philbrick
MDC Brooklyn
PO Box 329002
Brooklyn NY 11232

In the United States District Court for
The Southern District of New York

United States of America (Plaintiff)
vs.                              Case No. 20 Cr. 351 (SHS)
Inigo Philbrick (Defendant)
                Notice of Appeal

Comes now the Defendant, Inigo Philbrick, pro se
and hereby gives notice of appeal from the judgement and
sentence imposed by this court on May 23rd, 2022.

Respectfully submitted this day, 1st of June, 2022.

Inigo Philbrick

Mailed this 1st June, 2022

Inigo Philbrick 08863-093
MDC Brooklyn
PO Box 329002
Brooklyn NY 11232

NEW YORK NY 100
6 JUN 2022 PM 12 L

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

10007-133099

USM.P
SDNY