

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 22, 2022

<u>**BY ECF**</u>

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Inigo August Philbrick*, 20 Cr. 351

Dear Judge Stein:

    At the sentencing of Inigo Philbrick on May 23, 2022, the Court ordered the Government to provide an update to the Court within 30 days regarding the status of a medical evaluation of a mole on the foot of defendant Inigo Philbrick. On May 25, 2022, the Government provided a copy of the Court's order to Bureau of Prisons ("BOP") legal counsel and requested information regarding the status of a medical evaluation of the mole. The Government followed up with BOP counsel on June 20 and 22. The Government has yet to receive a response from BOP. The Government will continue to follow up with BOP. In addition, the Government has conferred with defense counsel, who will inquire directly with the defendant regarding whether his mole has been evaluated.

                                  Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney

               By:    _____
                                  Cecilia E. Vogel
                                  Jessica Feinstein
                                  Assistant United States Attorneys
                                  (212) 637-1084/1946

cc: Jeffrey Lichtman, Esq., and Jeffrey Einhorn, Esq., via ECF