

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 24, 2023

**VIA ECF**

The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re:  *United States v. Inigo August Philbrick*
            20 Cr. 351 (SHS)

Dear Judge Stein:

    The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, Inigo August Philbrick, in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (Docket Entry 45) and no third-party claims have been filed within the statutory period. Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Specific Property according to law.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney
                Southern District of New York

By: _____
                Cecilia Vogel
                Jessica Feinstein
                Assistant United States Attorneys
                Tel. (212) 637-1084/1946

*Enclosure*